**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

MICHAEL DRAVES
_____

_____

_____
*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

STATE OF CONNECTICUT

DEPARTMENT OF SOCIAL SERVICES

OFFICE OF CHILD SUPPORT SERVICES

_____

_____

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

RECEIVED

MAR 2 4 2020

AT 8:30
WILLIAM T. WALSH — M
CLERK

**COMPLAINT**

Jury Trial: [ ] Yes [X] No

(check one)

I.     **Parties in this complaint:**

A.     List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach
additional sheets of paper as necessary.

| Plaintiff | Name | MICHAEL DRAVES C/o michael-Paul:Drewes L/S |
|---|---|---|
| | Street Address | 1338 Parkside Ave. |
| | County, City | Ewing, Mercer |
| | State & Zip Code | NJ, 08638 |
| | Telephone Number | (609)510-2249 |

B.    List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1         Name *STATE OF CONNECTICUT DEPARTMENT OF SOCIAL SERVICES OFFICE OF CHILD SUPPORT SERVICES*

Street Address *55 Farmington Avenue*

County, City *Hartford, Hartford*

State & Zip Code *CT 06105-3730*

Defendant No. 2         Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 3         Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4         Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case   involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. §  1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Questions          ☒ Diversity of Citizenship

☐ U.S. Government Plaintiff          ☐ U.S. Government Defendant

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? *N/A*

_____

_____

- 2 -

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _NEW JERSEY_

Defendant(s) state(s) of citizenship _CONNECTICUT_

### III.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _CONNECTICUT_

B.    What date and approximate time did the events giving rise to your claim(s) occur? _02/23/2012_ through 07/14/2016 and continuing to current

C.    Facts: Plaintiff and Defendant are in complete agreement through general acquiescence to the facts set forth in the CAFV- Proof of Claim.

① Conditional Acceptance for Value for Proof of Claim, for Validation of alleged debt and child support owed.
Cert. Mail # 7018 1130 0000 3776 8084    sent: 02/05/2019

② Notice of Fault and Opportunity to Cure and Contest Acceptance
cert. mail # 7014 2870 0001 6997 7691    sent: 03/11/2019

③ Final Notice of Default Res Judicata
Cert. Mail # 7017 2620 0000 9354 9265 sent: 03/19/2019

④ Affidavit of Certificate of non-response
Cert. Mail # 7018 1130 0000 3777 1763    Sent: 04/01/2019

⑤ Administrative Judgment
Cert. mail # 7018 1130 0000 3777 1763    Sent: 04/01/2019

⑥ Common Law Copyright Notice
Cert. Mail # 7018 1130 0000 3777 1763 Sent: 04/01/2019

*What happened to you?*

*Who did what?*

*Was anyone else involved?*

*Who else saw what happened?*

- 3 -

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. ① Fraud  02/23/2012 - Current

② Commons law Copyright Infringement x 2   01/18/2020

③ Defamation of Character  02/23/2012 - current

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

① Issue a Court order to Settle and Close this matter (Zero Balance)

② Issue a Court order to Lien, Levy, Foreclose, Demand or otherwise have Defendant (STATE OF CONNECTICUT, DEPARTMENT OF SOCIAL SERVICES, OFFICE OF CHILD SUPPORT SERVICES) Pay Plaintiff (MICHAEL DRAVES) via Real Property, Gold or Certified Cashiers Check in the amount of USD# 17,000,000.00 in Redemption.

Accounting:

Fraud: USD# 1,000,000.00 per year        USD# 8,000,000.00

Copy Right Infringement: USD# 500,000.00 occurance x 2 USD# 1,000,000.00

Defamation of Character: USD# 1,000,000.00 per year USD# 8,000,000.00

Total: USD# 17,000,000.00

All of which has Been agreed upon through silent acquiescence.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _21_ day of _march_ _____, 20 _20_.

Signature of Plaintiff _All Rights Reserved without prejudice By: michael-Paul: Draves L/S_

Mailing Address _MICHAEL DRAVES c/o Michael-Paul: Draves_

_1338 Parkside Avenue_

_Ewing, New Jersey [08638]_

Telephone Number _(609) 510-2249_

Fax Number *(if you have one)* _N/A_

E-mail Address _draves.Michael171@gmail.com_

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _All Rights Reserved without Prejudice By: michael-Paul: Draves L/S_

- 5 -

## CERTIFICATION OF SERVICE

I, _Michael-Paul: Draves l/s TTEE_ , certify that a copy of my motion was served
(Name of Moving Party)

by _Certified Mail # 7019 1640 0001 6751 1735_ on _03/21/2020_ upon:
(Mail, Personal Service, etc.)    (Date)

_STATE OF CONNECTICUT_
_DEPARTMENT OF SOCIAL SERVICES_
_OFFICE OF CHILD SUPPORT SERVICES_
(Name of Opposing Party)

_55 Farmington Avenue_

_Hartford, CT. 06105_

_____
(Address of Opposing Party)

_All Rights Reserved_
_without Prejudice_

By: _Michael-Paul: Draves_ l/s TTEE
Name (Signature)